IN THE SUPREME COURT OF THE STATE OF DELAWARE

GARY JONES, §
 § No. 288, 2022
Defendant Below, §
Appellant, §
 § Court Below: Superior Court of
v. § the State of Delaware
 §
STATE OF DELAWARE, § Cr. ID Nos. 1706012725 and
 § 1708022021 (N)
Appellee. §

Submitted: March 1, 2023
Decided: March 20, 2023

Before **SEITZ**, Chief Justice; **VALIHURA**, and **VAUGHN**, Justices.

## **O R D E R**

This 20th day of March 2023, the Court having considered this matter on the briefs filed by the parties has determined that the final judgment of the Superior Court should be affirmed on the basis of and for the reasons assigned by the Superior Court in its order dated July 20, 2022.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court be, and the same hereby is, AFFIRMED.

BY THE COURT:

/s/ James T. Vaughn, Jr.
Justice